UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Anthony Martines, | | Court File No. |
| | Plaintiff, | |
| | | **NOTICE OF REMOVAL** |
| v. | | |
| Lietz Liabilities Incorporated, and Lietz Enterprises, Inc., d/b/a Boomtown Woodfire, | | |
| | Defendants. | |

TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Lietz Liabilities Incorporated, and Lietz Enterprises, Inc., d/b/a Boomtown Woodfire ("Defendants") hereby give notice of removal of the above-captioned action currently pending in the St. Louis County District Court, State of Minnesota, to the United States District Court for the District of Minnesota.  In support of its Notice of Removal, Defendants state as follows:

1.      On or about June 13, 2022, Plaintiff, Anthony Martines, ("Plaintiff") insufficiently served a civil action against Defendants in the St. Louis County District Court in the State of Minnesota.  A true and correct copy of the Summons and Complaint is attached as Exhibit A. Attached as Exhibits B and C are, respectively, copies of Defendants' initial and amended Answers to the Complaint.

2.      In Count I of his Complaint, Plaintiff claims that Defendants violated certain provisions of the Families First Coronavirus Response Act.

3.      ***Federal Question Jurisdiction Basis for Removal:***  Because it presents federal questions for adjudication, the above-entitled action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

4.     ***Timing of Removal:***  Fewer than thirty (30) days have elapsed since June 13, 2022, when Plaintiff insufficiently served Defendants with the Complaint.  *See* 28 U.S.C. § 1446(b).

5.     Simultaneous with the filing of this Notice of Removal, Defendants have notified the St. Louis County District Court in the State of Minnesota of removal of this action.  No other process, pleadings, or orders have been served or filed in this action.

6.     True and correct copies of the Notice of Removal (with accompanying Exhibits) and the Notice of Filing of Notice of Removal directed to State Court will be served upon Plaintiff's counsel and filed with the Court Administrator of the St. Louis County District Court in the State of Minnesota on this date, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this action, now pending in the District Court for the County of St. Louis, Minnesota, be removed to the United States District Court for the District of Minnesota.

Dated: July 12, 2022

*s/ Kurt J. Erickson*
Kurt J. Erickson, Bar No. 158380
kerickson@littler.com
Hannah C. Hughes, Bar No. 0401726
hhughes@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:   612.630.1000
Facsimile:    612.630.9626

Attorneys for Defendant

4886-4906-0647.1 / 800000-4000